UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-HC-2155-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RIEDEL | ORDER |

This matter is before the court on the government's 7 February 2012 motion for video conference testimony in connection with the commitment hearing beginning on 13 February 2012 in this case. (DE # 61.) Also before the court is the government's 9 February 2012 motion to allow a third potential witness to testify via video conference. (DE # 62.) Respondent filed responses to both motions, and the government filed a reply. Having fully considered both motions, they are DENIED.

This 10 February 2012.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge